**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>v.<br><br>JULIO RAMIREZ-GALICIA, a.k.a. Julio Gonzales Ramirez, a.k.a. Hector Ramirez, a.k.a. Julio Ramirez-Gonzalez,<br><br>          Defendant - Appellant. | No. 14-10273<br><br>D.C. No. 2:14-cr-00125-SRB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
John A. Jarvey, District Judge, Presiding[**]

Submitted June 22, 2015[***]

Before:     HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

Julio Ramirez-Galicia appeals from the district court's judgment and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable John A. Jarvey, Chief Judge of the United States District Court for the Southern District of Iowa, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

challenges his guilty-plea conviction and 37-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ramirez-Galicia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez-Galicia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ramirez-Galicia has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**